UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FERNANDO MADRID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:19–cv–1421–KJN<br><br>ORDER RE: CONSENT |

　　　The court's records show that plaintiff has not yet indicated whether he consents to the jurisdiction of the magistrate judge for all purposes. 28 U.S.C. § 636(c); see also ECF No. 3, (Scheduling Order, requesting parties' designation regarding consent by October 28, 2019). Plaintiff is under no obligation to consent, but a consent/decline designation assists the court in determining how the action will be administratively processed. Accordingly, within fourteen (14) days of this order, plaintiff shall file a brief statement indicating whether he consents to the jurisdiction of the magistrate judge for all purposes, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c); see ECF No. 3-2 (Consent Form).

　　　IT IS SO ORDERED.

Dated: November 6, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE