JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR 97707
Telephone: 541-419-0074
Fax: 541-593-4452
Email: jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK FERNANDO MADRID, | ) | Case No. 2:19-CV-01421-KJN |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 32 Days to January 24, 2020, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension. It is requested due to a heavy workload leading up to the holidays in addition to family Christmas plans.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 12, 2019            JACQUELINE A. FORSLUND
                                   Attorney at Law

                                   */s/Jacqueline A. Forslund*
                                   JACQUELINE A. FORSLUND

                                   Attorney for Plaintiff

**Madrid v. Saul**          Stipulation and Proposed Order          E.D. Cal. 2:19-cv-01421-KJN

Date: December 12, 2019        MCGREGOR W. SCOTT
                               United States Attorney
                               DEBORAH STACHEL
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               */s/Inseon Jeong for Carolyn Chen*
                               INSEON JEONG FOR CAROLYN CHEN
                               Special Assistant United States Attorney
                               *By email authorization

                               Attorney for Defendant


                               **ORDER**

**APPROVED AND SO ORDERED.**

Dated:  December 17, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

madr.1421

**Madrid v. Saul**        **Stipulation and Proposed Order**        E.D. Cal. 2:19-cv-01421-KJN