JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK FERNANDO MADRID, | ) | Case No.  2:19-CV-01421-KJN |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to February 24, 2020, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested due to the fact that Plaintiff's counsel has a significant backlog in her workload and has not been able to give the evidence in this case appropriate attention.

---

**Madrid v. Saul**               **Stipulation and Order**         **E.D. Cal. 2:19-cv-01421-KJN**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: January 23, 2020          JACQUELINE A. FORSLUND
                                Attorney at Law


                                */s/Jacqueline A. Forslund*
                                JACQUELINE A. FORSLUND

                                Attorney for Plaintiff


Date: January 23, 2020          MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/Carolyn Chen*
                                CAROLYN CHEN
                                Special Assistant United States Attorney
                                *By email authorization

                                Attorney for Defendant


                                ORDER

APPROVED AND SO ORDERED

Dated:  January 27, 2020

                                _____
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

madr.1421

**Madrid v. Saul**          **Stipulation and Order**          **E.D. Cal. 2:19-cv-01421-KJN**