1

FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575

2

P.O. Box 4476
Sunriver, OR  97707

3

Telephone:      541-419-0074

4

Fax:               541-593-4452
Email:          jaf@forslundlaw.com

5

6

Attorney for Plaintiff

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8

9

FRANK FERNANDO MADRID,                )          Case No.  2:19-CV-01421-KJM-KJN
                                                            )

10

           Plaintiff                                        )          **STIPULATION AND**
                                                            )          **ORDER FOR AWARD OF ATTORNEY'S**

11

v.                                                          )          **FEES AND COSTS PURSUANT TO**
                                                            )          **28 U.S.C. §§ 1920 AND 2412(d).**

12

ANDREW M. SAUL,                               )

13

Commissioner of Social Security,         )
                                                            )

14

           Defendant                                    )
                                                            )

15

_____)

16

17

           IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

18

subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the

19

amount of SIX THOUSAND FIVE HUNDRED dollars and ZERO cents ($6,500.00) under the Equal

20

Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars

21

($400.00) under 28 U.S.C. § 1920.  This amount represents compensation for all legal services

22

rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28

U.S.C. §§ 1920; 2412(d).

23

           After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the

24

government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to

25

Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the

26

fees and expenses are subject to an offset allowed under the United States Department of the

27

Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S. Ct. 2521 (2010).  After the order of

EAJA fees and expenses is entered, the government will determine if they are subject to an offset.

28

**Madrid v. Saul**                                 **Stipulation and Order**        **E.D. Cal. 2:19-cv-01421-KJM-KJN**

1

2       If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under

Astrue v. Ratcliff, 130 S. Ct. 2521 (2010), and the Department of Treasury's Offset Program, then the

3    check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon

4    Plaintiff's assignment of these amounts to Plaintiff's attorney.

5       The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A.

Forslund, such checks shall be mailed to Plaintiff's attorney.

6       The parties further agree that the check for costs shall be made payable to Frank Fernando

7    Madrid, but mailed to Plaintiff's attorney. After Plaintiff's attorney receives the check for costs, she

8    will forward the check to Plaintiff.

9       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney

10   fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or

11   otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any

12   and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in

13   connection with this action.

14

15                                              Respectfully submitted,

16   Date:  April 12, 2021                      JACQUELINE A. FORSLUND
                                                Attorney at Law

17

18                                              /s/Jacqueline A. Forslund
                                                JACQUELINE A. FORSLUND
19                                              Attorney for Plaintiff

20   Date:  April 12, 2021                      MCGREGOR W. SCOTT
                                                United States Attorney
21                                              DEBORAH STACHEL
                                                Regional Chief Counsel, Region IX
22                                              Social Security Administration
23

24                                              /s/Michael Marriott
                                                MICHAEL MARRIOTT
25                                              Special Assistant United States Attorney
                                                *By email authorization
26                                              Attorney for Defendant

27

28

**Madrid v. Saul**                    **Stipulation and Order**      **E.D. Cal. 2:19-cv-01421-KJM-KJN**

1

2

ORDER

3       APPROVED AND SO ORDERED

4       Dated:  April 13, 2021

5
        madr.1421
6                                              _____
                                               KENDALL J. NEWMAN
7                                              UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Madrid v. Saul**              **Stipulation and Order**      **E.D. Cal. 2:19-cv-01421-KJM-KJN**