UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK FERNANDO MADRID, | No. 2:19-cv-1421 KJM KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On May 12, 2022, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. That period having passed, neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 35) are adopted in full;
2. Plaintiff's counsel's motion for attorney's fees under 42 U.S.C. § 406(b) (ECF No. 32) is GRANTED, and plaintiff shall be paid the sum of $19,560.00 from the withheld amounts;
3. Counsel is ordered to reimburse plaintiff $6,500.00 in previously-awarded EAJA fees; and
4. This case is closed.

DATED: July 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE